**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2115 |
| | § | |
| JEROME J. HARRIS, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF PERMANENT INJUNCTION**

Based on the findings of fact and conclusions of law, this court enters the following Permanent Injunction against Harris:

 A. Under I.R.C. §§ 7402(a) and 7407, it is ordered that Harris is prohibited from preparing or filing, or assisting in the preparation or filing of federal income tax returns and related documents for any person other than himself.

 B. Under I.R.C. §§ 7402(a) and 7408, it is ordered that Harris, individually and doing business under any other name or using any other entity, is prohibited from directly or indirectly:

  (a) preparing or filing income tax returns, amended returns, or other related documents and forms for others;

  (b) representing customers before the Internal Revenue Service;

  (c) understating customers' liabilities as prohibited by I.R.C. § 6694;

  (d) engaging in any other activity subject to the penalty under I.R.C. §§ 6694, 6700, 6701, or any other penalty provision in the IRS; and

  (e) engaging in conduct that interferes with the proper administration and enforcement of the internal revenue laws and from promoting his false tax schemes.

C. Under I.R.C. §§ 7402(a), 7407, and 6695, it is ordered that Harris produce to counsel for the United States a list identifying by name, taxpayer-identification number, address, e-mail address, and telephone number all persons for whom he has prepared or assisted in preparing federal tax returns since January 1, 2001. Harris must do so within thirty days of entry of this Permanent Injunction. The United States will then, under I.R.C. § 7402(a), mail to all persons for whom he has prepared federal tax returns or any other document for submission to the IRS, a copy of this Permanent Injunction preceded by the attached cover letter, with the customer's name and address inserted at the top where indicated.

D. It is ordered that the United States may conduct discovery for the purpose of monitoring Harris's compliance with the terms of this Permanent Injunction.

E. This court retains jurisdiction over Harris and this action for the purpose of enforcing this Permanent Injunction.

SIGNED on February 26, 2007, at Houston, Texas.

            _____
              Lee H. Rosenthal
             United States District Judge